IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$50,596.05 UNITED STATES<br>CURRENCY,<br><br>        Defendant. | Civil No. 8:20CV 31<br><br>**COMPLAINT FOR FORFEITURE *IN REM*** |

The United States of America, for its cause of action against the defendant property,

pursuant to Rule G(2) of the Supplemental Rules for Admiralty and Maritime Claims and Asset

Forfeiture Actions, states and alleges as follows:

### Nature of the Action

1.      This is an action to forfeit property to the United States for violations of 21 U.S.C. § 881.

### The Defendant *in rem*

2.      Law enforcement seized $50,596.05 U.S. currency from Roman Victor and Alfredo

Hinostroza.

3.      The U.S. Customs and Border Protection (CBP) currently has custody of the defendant

property.

### Jurisdiction and Venue

4.      This Court has subject matter jurisdiction for an action commenced by the United States

pursuant to 28 U.S.C. § 1345, and for an action for forfeiture pursuant to 28 U.S.C.

§ 1355(a). This Court also has jurisdiction over this particular action pursuant to 21 U.S.C.

§ 881.

5.   This Court has *in rem* jurisdiction over the defendant property pursuant to 28 U.S.C.
     § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this
     district.

6.   Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or
     omissions giving rise to the forfeiture occurred in this district.

### Basis for the Forfeiture

7.   The Defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because
     it constitutes 1) money, negotiable instruments, securities and other things of value
     furnished or intended to be furnished in exchange for a controlled substance in violation
     of the Controlled Substances Act, 2) proceeds traceable to such an exchange, or 3)
     money, negotiable instruments and securities used and intended to be used to facilitate a
     violation of the Controlled Substances Act.

### Facts

8.   On August 28, 2019, at approximately 7:55 a.m., law enforcement stopped a vehicle
     driving on I-80 near Lincoln, Nebraska with four occupants:  Alejandro Valencia,
     Veronica Sandoval, Servando Vazquez and Precilinano Lopez.

9.   After discovering three (3) kilos of cocaine and one (1) kilo of heroin, law enforcement
     arrested Alejandro Valencia and the other three occupants at approximately 9:00 a.m.

10.  Law enforcement transported the four occupants to Lancaster county jail.

11.  Servando Vazquez was the first of the four occupants to make a phone call at
     approximately 11:25 a.m. on August 28.

12.    On August 29, 2019, at 2:00 p.m., Alejandro Valencia attended his first court hearing

        regarding the charges related to his arrest.  The judge set a $50,000 bond at this hearing.

13.    On August 31, 2019, Victor Roman and Alfredo Valencia Hinostroza were at the

        Lancaster County Correctional Facility (LCCF).

14.    Roman was attempting to feed currency into a kiosk located inside the LCCF lobby.

15.    Lincoln County Sheriff's Office (LSCO) Deputy Jason Henkel, approached Roman and

        saw that he was holding a stack of currency that appeared to be in $20 denominations.

16.    Deputy Henkel asked to speak to Roman and Roman agreed.

17.    Deputy Henkel asked to see the currency and Roman handed it to him.

18.    Deputy Henkel could smell the odor of marijuana on the currency.

19.    Deputy Henkel asked if he could see the kiosk receipts that Roman was holding in his

        hand.

20.    Roman agreed and handed the receipts to Deputy Henkel.

21.    One receipt showed that Roman had deposited $2,900 into the kiosk.

22.    A second receipt showed that he had deposited a $2,900.00.

23.    A third receipt printing from the kiosk showed a deposit of $760.

24.    Accordingly, Roman had deposited a total of $6,560.

25.    Deputy Henkel asked Roman if he could see Roman's wallet.

26.    Roman consented and handed Deputy Henkel his wallet.

27.    Deputy Henkel saw several $20 bills in Roman's wallet.

3

28.    In Roman's wallet, Deputy Henkel saw that Roman had a California cannabis patient medical card that expired August 6, 2019 and another card with an expiration date of July 28, 2020.

29.    Roman's identification showed that he lived in California.

30.    Deputy Henkel asked Roman what he was doing and Roman said he learned that his brother was arrested for narcotic charges and that he and Alfredo Hinostroza were at the LCCF to bail out his brother.

31.    Deputy Henkel asked where Roman obtained the money and Roman said the money was from family members.

32.    Roman said that he and Alfredo Hinostroza drove to the LCCF in a GMKC pickup.

33.    Roman said the GMC pickup belonged to his brother, Alfredo.

34.    Roman said he and Alfredo Hinostroza arrived late the night before (Friday August 30), and stayed at a hotel.

35.    Deputy Henkel told Roman that he could smell the odor of marijuana on the currency.

36.    Roman did not explain the smell of marijuana on the currency.

37.    Alfredo Hinostroza walked into the Lobby area.

38.    TFO Deputy Henkel saw that Hinostroza was carrying a cell phone, a grey bag with pull strings on it and a set of keys.

39.    Law enforcement asked Hinostroza for consent to search his person and Hinostroza consented.

40.    Deputy Henkel held Hinostroza's phone to prevent him from texting others regarding law enforcement questioning Hinostroza and Roman about the currency.

41.   Deputy Henkel asked Hinostroza what he drove to the facility and Hinostroza identified the GMC.

42.   Deputy Henkel asked Hinostroza about the contents of the bag.

43.   Hinostroza said he had money to bail out his brother, Alejandro Gonzalez Valencia.

44.   Deputy Henkel asked Hinostroza if he could look inside the bag and Hinostroza consented.

45.   Inside the bag, Deputy Henkel saw four bundles of U.S. currency.  Deputy Henkel believed that each stack was $10,000.

46.   Deputy Henkel could smell the odor of marijuana coming from the currency in the grey sack.

47.   Hinostroza said he obtained the money from his aunt and said her name was "Vickey."

48.   When Deputy Henkel asked about his aunt's *last* name, Hinostroza volunteered to show Deputy Henkel his phone.

49.   Hinostroza said a photo in his phone showed a list of names of all the people that gave Hinostroza the money.

50.   Hinostroza showed Deputy Henkel a photo of a list of 10 to 15 names with telephone numbers and numbers.

51.   Having looked at Hinostroza's and Roman's driver's licenses with their home addresses, Deputy Henkel realized that a home address in Turlock, California (an area outside of San Jose, to the southeast of San Francisco, California) or Modesto, California, would require a drive time of over 23 hours to Lincoln, Nebraska (via I-80).

5

52. Deputy Henkel questioned Hinostroza about how he and Roman could have contacted several people regarding money, collected the money, and have completed a drive of over 23 hours to Nebraska when Alejandro Valencia had just been arrested on August 28.

53. Deputy Henkel asked Hinostroza consent to search his GMC vehicle and Hinostroza gave verbal consent to the search.

54. Deputy Henkel asked if they would find anything illegal in the GMC and Hinostroza said there was some personal use marijuana in the truck.

55. A search of the GMC revealed two THC cartridges (one gram each).

56. A search of the center console of the GMC revealed a ball of rubber bands consistent with rubber bands on the currency in the grey bag.

57. Law enforcement also found a receipt from In-N-Out Burger in Modesto, California dated August 28, 2019, at 1:07 p.m., and a receipt from McDonalds in Lovelock, Nevada dated August 28, 2019, at 5:30 p.m.

58. A non-stop drive from Modesto, California to Lovelock, Nevada is approximately four (4) hours and thirty minutes.

59. Upon information in belief, Roman and Hinostroza left California to drive to Nebraska at approximately 1:07 p.m. on August 28.

60. The distance from Lovelock, Nevada, to Lincoln, Nebraska, is approximately 1,303 miles and would require approximately 19 hours of driving.

61. Upon information and belief, Roman and Hinostroza arrived in Lincoln, Nebraska no earlier than noon on August 29.

62.   Deputy Henkel asked Hinostroza if he was employed and Hinostroza said he works full time in construction.

63.   Deputy Henkel similarly asked Roman about his employment and Roman said he did not really have a job.

64.   Deputy Henkel explained that he believed the currency was involved in criminal activity and that he was going to seize the currency and their cell phones.

65.   Deputy Henkel asked for consent to search the cell phones.

66.   Roman denied consent to search his phone.

67.   Hinostroza consented to a search of his phone.

68.   Roman then asked to get something out of his phone, and Deputy Henkel allowed him to do so.

69.   Before Roman could lock his phone, Deputy Henkel retrieved the phone.

70.   Deputy Henkel seized Roman's wallet and the currency therein.

71.   Deputy Henkel transported the currency to the Lancaster County Sheriff's Office to count the currency.

72.   The currency had an odor of marijuana.

73.   Deputy Henkel tested the currency with a Mistral's test kit and it tested positive for cannabis and heroin.

74.   The grey drawstring bag contained four bundles of currency in the following amounts:

   a.   Bundle 1:  500 $20 bills, = $10,000.00;
   b.   Bundle 2: 100 $100 bills, = $10,000.00;
   c.   Bundle 3:  100 $100 bills, = $10,000.00;
   d.   Bundle 4: 150 $20 bills, 80 $50 bills, and 30 $100 bills, = $10,000.00.

75.   In addition, a total of $4,077 was seized from Victor Roman and his wallet.

76.   When Deputy Henkel had later contact with Hinostroza, Hinostroza told him that they
      were in Lincoln, Nebraska for Alejandro's hearing on Thursday August 29 at 2:00 p.m.

77.   Lancaster County Jail later gave Deputy Henkel a check for $6,519.05, the amount
      Roman deposited into the kiosk minus handling charges.

78.   In sum, the Lancaster County Sheriff's Office (LCSO) and Homeland Security
      Investigations (HSI) seized a total of $50,596.05 U.S. Currency from Alfredo Hinostroza
      and Victor Roman at the LCCF.

79.   After obtaining a state warrant for Hinostroza's phone, subsequent analysis of the phone
      reveled chats and messages regarding selling marijuana products and narcotics.  It also
      contained thousands of images of numerous different narcotics and firearms.  A sampling
      of the photos, titled "Extraction Report," is attached as **Exhibit 1**.

80.   Hinostroza has a prior conviction for illegal possession of a firearm in 2014 in California.

81.   On October 21, 2019, U.S. Customs and Border Protection (CBP) received a claim for
      the defendant $50,596.05 U.S. Currency from the Law office of Anthony Capozzi on
      behalf of Alfredo V. Hinostroza.

82.   Upon information and belief, Anthony Capozzi is an attorney licensed in the state of
      California and with offices in Fresno, California.

**Claim for Relief**

WHEREFORE the United States of America prays the Defendant property be proceeded
against for forfeiture in accordance with the laws, regulations and rules of this Court; that due
notice be given to all interested parties to appear and show cause why forfeiture should not be
decreed; that the Defendant property be condemned, as forfeited, to the United States of America

8

and disposed of according to law and regulations; that the costs of this action be assessed against the Defendant property; and for such other and further relief as this Court may deem just and equitable.

UNITED STATES OF AMERICA,
Plaintiff

JOSEPH P. KELLY
United States Attorney

By:     s/ Amy B. Blackburn
Amy B. Blackburn (MO#48222)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
(402) 661-3700
E-mail:  amy.blackburn@usdoj.gov

9

## **VERIFICATION**

I, Andrew Vincik hereby verify and declare under penalty of perjury that I am a Special Agent with the U.S. Homeland Security Investigations (HIS), that I have read the foregoing Complaint *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 80 of the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of HSI.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16th, 2020

Andrew Vincik
Special Agent
U.S. Homeland Security Investigations

10



# Extraction Report
Cellebrite Reports

## Data Files (50)

### Images (50)

| # | File Info | | Additional file info | | Thumbnail | Deleted | * |
|---|---|---|---|---|---|---|---|
| 1 | **Name:** | 04o2isZYiluZj8aqk2zYXDKyzIQ.cnt | **Size (bytes):** | 85533 | | | |
| | **Path:** | userdata (ExtX)/Root/data/com.facebook.orca/cache/image/v2.ols100.1/88/04o2isZYiluZj8aqk2zYXDKyzIQ.cnt | **Created:** | 7/11/2019 12:17:50 PM(UTC-5) | | | |
| | | | **Modified:** | 7/11/2019 2:00:16 PM(UTC-5) | | | |
| | | | **Accessed:** | 7/11/2019 12:17:50 PM(UTC-5) | | | |
| | | | **Source Extraction** | Physical (2) | | | |
| | **MD5:** | 474d2d78b0342d28dc4359ded54e86ea | **Source file** | userdata (ExtX)/Root/data/com.facebook.orca/cache/image/v2.ols100.1/88/04o2isZYiluZj8aqk2zYXDKyzIQ.cnt : 0x0 (Size: 85533 bytes) | | | |
| 2 | **Name:** | 102725932650196333.0 | **Size (bytes):** | 38919 | | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/102725932650196333.0 | **Created:** | 8/16/2019 2:37:06 AM(UTC-5) | | | |
| | | | **Modified:** | 8/16/2019 2:37:06 AM(UTC-5) | | | |
| | | | **Accessed:** | 8/16/2019 2:37:06 AM(UTC-5) | | | |
| | **MD5:** | cafdaf5453911b092645dc72826123da | **Source Extraction** | Physical (2) | | | |
| | | | **Source file** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/102725932650196333.0 : 0x0 (Size: 38919 bytes) | | | |
| 3 | **Name:** | -1031945460146462281.0 | **Size (bytes):** | 48659 | | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/-1031945460146462281.0 | **Created:** | 4/10/2019 5:27:03 PM(UTC-5) | | | |
| | | | **Modified:** | 4/10/2019 5:27:03 PM(UTC-5) | | | |
| | | | **Accessed:** | 4/10/2019 5:27:03 PM(UTC-5) | | | |
| | **MD5:** | 75ae3b378b20ab8f230179a98a34c968 | **Source Extraction** | Physical (2) | | | |
| | | | **Source file** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/-1031945460146462281.0 : 0x0 (Size: 48659 bytes) | | | |
| 4 | **Name:** | 1067179087447905476.0 | **Size (bytes):** | 78009 | | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/1067179087447905476.0 | **Created:** | 4/10/2019 5:27:05 PM(UTC-5) | | | |
| | | | **Modified:** | 4/10/2019 5:27:05 PM(UTC-5) | | | |
| | | | **Accessed:** | 4/10/2019 5:27:05 PM(UTC-5) | | | |
| | **MD5:** | b229ee394c984e28515f2dc4ac8f62fc | **Source Extraction** | Physical (2) | | | |
| | | | **Source file** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/1067179087447905476.0 : 0x0 (Size: 78009 bytes) | | | |
| 5 | **Name:** | -1247931734779562489.0 | **Size (bytes):** | 43112 | | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/-1247931734779562489.0 | **Created:** | 4/10/2019 5:27:02 PM(UTC-5) | | | |
| | | | **Modified:** | 4/10/2019 5:27:02 PM(UTC-5) | | | |
| | | | **Accessed:** | 4/10/2019 5:27:02 PM(UTC-5) | | | |
| | **MD5:** | 24398326f9d373868a757987a46c5a21 | **Source Extraction** | Physical (2) | | | |
| | | | **Source file** | userdata (ExtX)/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/-1247931734779562489.0 : 0x0 (Size: 43112 bytes) | | | |

**GOVERNMENT EXHIBIT**

**1**

| 6 | | | | | |
|---|---|---|---|---|---|
| | **Name:** | cv-4a71e725-4e725-1725-178e-4e48bc380d6e56c21ae4e32a94c c8f7089ad2.0 | **Size (bytes):** | 41785 |  |
| | | | **Created:** | 6/28/2019 6:45:40 PM(UTC-5) | |
| | **Path:** | userdata (ExtX)/Root/data/com.verizon.me ssaging.vzmsgs/cache/image_ma nager_disk_cache/168126d82ecc 3725ab9b13a14dc4e48bc380d6e 56c21ae4e32a94cc8f7089ad2.0 | **Modified:** | 6/28/2019 6:45:40 PM(UTC-5) | |
| | | | **Accessed:** | 6/28/2019 6:45:40 PM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | | | **Source file** | userdata (ExtX)/Root/data/com.verizon.me ssaging.vzmsgs/cache/image_ma nager_disk_cache/168126d82ecc 3725ab9b13a14dc4e48bc380d6e 56c21ae4e32a94cc8f7089ad2.0 : 0x0 (Size: 41785 bytes) | |
| | **MD5:** | bf27360e274bfe795901b76acde6 d1de | | | |
| 7 | | | | | |
| | **Name:** | -1732032356694300170.0 | **Size (bytes):** | 43750 |  |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-1732032356694300170.0 | **Created:** | 8/16/2019 2:37:54 AM(UTC-5) | |
| | | | **Modified:** | 8/16/2019 2:37:54 AM(UTC-5) | |
| | | | **Accessed:** | 8/16/2019 2:37:54 AM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | **MD5:** | dad859c3f270717dbf099292bac0 b275 | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-1732032356694300170.0 : 0x0 (Size: 43750 bytes) | |
| 8 | | | | | |
| | **Name:** | -1838113267800257803.0 | **Size (bytes):** | 76797 |  |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-1838113267800257803.0 | **Created:** | 4/10/2019 5:24:10 PM(UTC-5) | |
| | | | **Modified:** | 4/10/2019 5:24:10 PM(UTC-5) | |
| | | | **Accessed:** | 4/10/2019 5:24:10 PM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | **MD5:** | c8c3ffe4eeca422e3a44cf8596439 696 | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-1838113267800257803.0 : 0x0 (Size: 76797 bytes) | |
| 9 | | | | | |
| | **Name:** | 1991036648414588523.0 | **Size (bytes):** | 26335 |  |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/1991036648414588523.0 | **Created:** | 8/16/2019 3:24:00 PM(UTC-5) | |
| | | | **Modified:** | 8/16/2019 3:24:00 PM(UTC-5) | |
| | | | **Accessed:** | 8/16/2019 3:24:00 PM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | **MD5:** | 5903a8c5fae502719b570675039 82779 | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/1991036648414588523.0 : 0x0 (Size: 26335 bytes) | |
| 10 | | | | | |
| | **Name:** | 21083537613022857.0 | **Size (bytes):** | 69663 |  |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/21083537613022857.0 | **Created:** | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | **Modified:** | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | **Accessed:** | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | **MD5:** | 942a0edc6d02bbc7a942674585c 43bec | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/21083537613022857.0 : 0x0 (Size: 69663 bytes) | |
| 11 | | | | | |
| | **Name:** | 2388ab9a50f5020026123cdf4e95 18f7fc688ce5fe6712f4d61d4e616 591812e.0 | **Size (bytes):** | 34547 |  |
| | | | **Created:** | 7/1/2019 6:34:28 PM(UTC-5) | |
| | **Path:** | userdata (ExtX)/Root/data/com.verizon.me ssaging.vzmsgs/cache/image_ma nager_disk_cache/2388ab9a50f5 020026123cdf4e9518f7fc688ce5f e6712f4d61d4e616591812e.0 | **Modified:** | 7/1/2019 6:34:28 PM(UTC-5) | |
| | | | **Accessed:** | 7/1/2019 6:34:28 PM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | | | **Source file** | userdata (ExtX)/Root/data/com.verizon.me ssaging.vzmsgs/cache/image_ma nager_disk_cache/2388ab9a50f5 020026123cdf4e9518f7fc688ce5f e6712f4d61d4e616591812e.0 : 0x0 (Size: 34547 bytes) | |
| | **MD5:** | f01290120c04978b1216f1bcc904 ac68 | | | |
| 12 | | | | | |
| | **Name:** | -2390839800918871806.0 | **Size (bytes):** | 25469 |  |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-2390839800918871806.0 | **Created:** | 8/16/2019 3:24:43 PM(UTC-5) | |
| | | | **Modified:** | 8/16/2019 3:24:43 PM(UTC-5) | |
| | | | **Accessed:** | 8/16/2019 3:24:43 PM(UTC-5) | |
| | | | **Source Extraction** | Physical (2) | |
| | **MD5:** | d05f7ebd025cae1c2ed51d3588c 675f1 | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-2390839800918871806.0 : 0x0 (Size: 25469 bytes) | |

| # | Name | Path | MD5 | Size (bytes) | Created | Modified | Accessed | Source Extraction | Source file | Image |
|---|------|------|-----|--------------|---------|----------|----------|-------------------|-------------|-------|
| 13 | | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/2622039991357459901.0 | 42cae0ba705d6dc33ff3eb139881 eb02 | | 8/16/2019 3:24:07 PM(UTC-5) | 8/16/2019 3:24:07 PM(UTC-5) | 8/16/2019 3:24:07 PM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/2622039991357459901.0 : 0x0 (Size: 17865 bytes) |  |
| 14 | -2637203925656658549.0 | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-2637203925656658549.0 | 91d873ccffe5d6c696b918c17635 3797 | 106380 | 8/16/2019 2:37:58 AM(UTC-5) | 8/16/2019 2:37:58 AM(UTC-5) | 8/16/2019 2:37:58 AM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-2637203925656658549.0 : 0x0 (Size: 106380 bytes) |  |
| 15 | -323418544277648705.0 | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-323418544277648705.0 | ec34422c39923c77cc6017f03578 5f58 | 45714 | 4/10/2019 5:24:12 PM(UTC-5) | 4/10/2019 5:24:12 PM(UTC-5) | 4/10/2019 5:24:12 PM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-323418544277648705.0 : 0x0 (Size: 45714 bytes) |  |
| 16 | -3270781177922915155.0 | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3270781177922915155.0 | c8180d9e2ab859c2a7a51003133 676bd | 128714 | 7/4/2019 12:25:44 PM(UTC-5) | 7/4/2019 12:25:44 PM(UTC-5) | 7/4/2019 12:25:44 PM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3270781177922915155.0 : 0x0 (Size: 128714 bytes) |  |
| 17 | -3270781177922915155.0 | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /1/-3270781177922915155.0 | f25c5290c53cc728b317f7b05b88 8d6c | 9372 | 8/30/2019 9:44:17 PM(UTC-5) | 8/30/2019 9:44:17 PM(UTC-5) | 8/30/2019 9:44:17 PM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /1/-3270781177922915155.0 : 0x0 (Size: 9372 bytes) |  |
| 18 | 3496814382862018253.0 | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/3496814382862018253.0 | a205b5c4af6e247c79f6d2849059 36e1 | 120758 | 8/30/2019 10:19:05 PM(UTC-5) | 8/30/2019 10:19:05 PM(UTC-5) | 8/30/2019 10:19:05 PM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/3496814382862018253.0 : 0x0 (Size: 120758 bytes) |  |
| 19 | 3668070799978632130.0 | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/3668070799978632130.0 | 95b860170781099eb81463b960b 968ee | 66136 | 4/16/2019 3:01:47 PM(UTC-5) | 4/16/2019 3:01:47 PM(UTC-5) | 4/16/2019 3:01:47 PM(UTC-5) | Physical (2) | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/3668070799978632130.0 : 0x0 (Size: 66136 bytes) |  |

| 20 | Name: | com.sec.android.gallery3d902110.0 | Size (bytes): | 70713 | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/3682639676135902110.0 | Created: | 4/10/2019 5:24:10 PM(UTC-5) |  |
| | | | Modified: | 4/10/2019 5:24:10 PM(UTC-5) | |
| | | | Accessed: | 4/10/2019 5:24:10 PM(UTC-5) | |
| | MD5: | c3ceb0448c3f35ebb7130746cba0 1567 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/3682639676135902110.0 : 0x0 (Size: 70713 bytes) | |
| 21 | Name: | -3684342531012381476.0 | Size (bytes): | 70665 | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3684342531012381476.0 | Created: | 8/15/2019 10:34:31 PM(UTC-5) |  |
| | | | Modified: | 8/15/2019 10:34:31 PM(UTC-5) | |
| | | | Accessed: | 8/15/2019 10:34:31 PM(UTC-5) | |
| | MD5: | 316a475bae6b9c77fa039756a9a aa73a | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3684342531012381476.0 : 0x0 (Size: 70665 bytes) | |
| 22 | Name: | -3774705406770846169.0 | Size (bytes): | 100766 | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3774705406770846169.0 | Created: | 8/30/2019 10:19:05 PM(UTC-5) |  |
| | | | Modified: | 8/30/2019 10:19:05 PM(UTC-5) | |
| | | | Accessed: | 8/30/2019 10:19:05 PM(UTC-5) | |
| | MD5: | b6e577e6729a57a35c453328991 fd774 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3774705406770846169.0 : 0x0 (Size: 100766 bytes) | |
| 23 | Name: | -3938817931000230522.0 | Size (bytes): | 39407 | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3938817931000230522.0 | Created: | 4/10/2019 5:25:21 PM(UTC-5) |  |
| | | | Modified: | 4/10/2019 5:25:21 PM(UTC-5) | |
| | | | Accessed: | 4/10/2019 5:25:21 PM(UTC-5) | |
| | MD5: | 30a52a161bf4efe0f00be69c8811 92a1 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-3938817931000230522.0 : 0x0 (Size: 39407 bytes) | |
| 24 | Name: | 4177707439898802782.0 | Size (bytes): | 36765 | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/4177707439898802782.0 | Created: | 8/16/2019 2:37:08 AM(UTC-5) |  |
| | | | Modified: | 8/16/2019 2:37:08 AM(UTC-5) | |
| | | | Accessed: | 8/16/2019 2:37:08 AM(UTC-5) | |
| | MD5: | c38fa665b3cef95cbcc87289cd74 88f7 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/4177707439898802782.0 : 0x0 (Size: 36765 bytes) | |
| 25 | Name: | 425092053702308640.0 | Size (bytes): | 90841 | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/425092053702308640.0 | Created: | 8/16/2019 2:36:57 AM(UTC-5) |  |
| | | | Modified: | 8/16/2019 2:36:57 AM(UTC-5) | |
| | | | Accessed: | 8/16/2019 2:36:57 AM(UTC-5) | |
| | MD5: | 0d508d029e194b502217bf24fcc3 c4a7 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/425092053702308640.0 : 0x0 (Size: 90841 bytes) | |
| 26 | Name: | 4288db7c.clean | Size (bytes): | 20442 | |
| | Path: | userdata (ExtX)/Root/data/com.instagram.a ndroid/cache/images/4288db7c.cl ean | Created: | 3/2/2018 10:43:45 PM(UTC-6) |  |
| | | | Modified: | 3/2/2018 10:43:45 PM(UTC-6) | |
| | | | Accessed: | 3/2/2018 10:43:45 PM(UTC-6) | |
| | MD5: | f4cdbf642bd609a2fc504c8654f2e 7e5 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/data/com.instagram.a ndroid/cache/images/4288db7c.cl ean : 0x0 (Size: 20442 bytes) | |
| 27 | Name: | 45.jpg | Size (bytes): | 14884 | |
| | Path: | userdata (ExtX)/Root/data/com.sec.android .app.myfiles/cache/45.jpg | Created: | 8/16/2019 2:36:45 AM(UTC-5) |  |
| | | | Modified: | 8/16/2019 2:36:45 AM(UTC-5) | |
| | | | Accessed: | 8/16/2019 2:36:45 AM(UTC-5) | |
| | MD5: | 8befe29e5df8f87351827399e9b6f 573 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/data/com.sec.android .app.myfiles/cache/45.jpg : 0x0 (Size: 14884 bytes) | |

| 28 | Name: | -4649525522230536386.0 | Size (bytes): | 112165 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-4649525522230536386.0 | Created: | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | Modified: | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | Accessed: | 5/22/2019 6:16:17 PM(UTC-5) | |
| | MD5: | 790a85ee48690a77e87fb6925b7 5b283 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-4649525522230536386.0 : 0x0 (Size: 112165 bytes) | |
| 29 | Name: | 4669539886814151895.0 | Size (bytes): | 33482 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/4669539886814151895.0 | Created: | 8/16/2019 2:36:46 AM(UTC-5) | |
| | | | Modified: | 8/16/2019 2:36:46 AM(UTC-5) | |
| | | | Accessed: | 8/16/2019 2:36:46 AM(UTC-5) | |
| | MD5: | 4f8151167d88553cc0d8c195f9a0 096f | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/4669539886814151895.0 : 0x0 (Size: 33482 bytes) | |
| 30 | Name: | -467172119123081999.0 | Size (bytes): | 25474 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-467172119123081999.0 | Created: | 8/16/2019 3:23:30 PM(UTC-5) | |
| | | | Modified: | 8/16/2019 3:23:30 PM(UTC-5) | |
| | | | Accessed: | 8/16/2019 3:23:30 PM(UTC-5) | |
| | MD5: | da450db10a12f24581859f4e6282 1e98 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-467172119123081999.0 : 0x0 (Size: 25474 bytes) | |
| 31 | Name: | 4767687143677816083.0 | Size (bytes): | 79670 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/4767687143677816083.0 | Created: | 4/11/2019 8:42:56 PM(UTC-5) | |
| | | | Modified: | 4/11/2019 8:42:56 PM(UTC-5) | |
| | | | Accessed: | 4/11/2019 8:42:56 PM(UTC-5) | |
| | MD5: | 0663d731c69d31d0534ae131356 6dfe6 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/4767687143677816083.0 : 0x0 (Size: 79670 bytes) | |
| 32 | Name: | 525453450031702888.0 | Size (bytes): | 98261 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/525453450031702888.0 | Created: | 4/10/2019 5:26:58 PM(UTC-5) | |
| | | | Modified: | 4/10/2019 5:26:58 PM(UTC-5) | |
| | | | Accessed: | 4/10/2019 5:26:58 PM(UTC-5) | |
| | MD5: | 72efbcacae4b38dcd15f94a46bc5 df43 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/525453450031702888.0 : 0x0 (Size: 98261 bytes) | |
| 33 | Name: | 525453450031702888.0 | Size (bytes): | 9367 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /1/525453450031702888.0 | Created: | 8/30/2019 10:02:59 PM(UTC-5) | |
| | | | Modified: | 8/30/2019 10:02:59 PM(UTC-5) | |
| | | | Accessed: | 8/30/2019 10:02:59 PM(UTC-5) | |
| | MD5: | 61308bedd6cb5774d54275f1d78 787db | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /1/525453450031702888.0 : 0x0 (Size: 9367 bytes) | |
| 34 | Name: | -5261985567673587328.0 | Size (bytes): | 31777 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-5261985567673587328.0 | Created: | 4/10/2019 5:21:16 PM(UTC-5) | |
| | | | Modified: | 4/10/2019 5:21:16 PM(UTC-5) | |
| | | | Accessed: | 4/10/2019 5:21:16 PM(UTC-5) | |
| | MD5: | 4979ada210b19763606ed3921df 629c3 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-5261985567673587328.0 : 0x0 (Size: 31777 bytes) | |

| 35 | Name: | 5460467520225064239.0 | Size (bytes): | 75744 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/5460467520225064239.0 | Created: | 4/16/2019 3:01:56 PM(UTC-5) | | |
| | | | Modified: | 4/16/2019 3:01:56 PM(UTC-5) | | |
| | | | Accessed: | 4/16/2019 3:01:56 PM(UTC-5) | | |
| | MD5: | c69873acfca13dafb1e745acd8db 2861 | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/5460467520225064239.0 : 0x0 (Size: 75744 bytes) | | |
| 36 | Name: | 5527442945712827023.0 | Size (bytes): | 42168 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/5527442945712827023.0 | Created: | 4/10/2019 5:24:31 PM(UTC-5) | | |
| | | | Modified: | 4/10/2019 5:24:31 PM(UTC-5) | | |
| | | | Accessed: | 4/10/2019 5:24:31 PM(UTC-5) | | |
| | MD5: | 3ad42a29961cffcb53fee3d69351 9376 | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/5527442945712827023.0 : 0x0 (Size: 42168 bytes) | | |
| 37 | Name: | -5604563043914888663.0 | Size (bytes): | 90682 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-5604563043914888663.0 | Created: | 8/16/2019 2:36:54 AM(UTC-5) | | |
| | | | Modified: | 8/16/2019 2:36:54 AM(UTC-5) | | |
| | | | Accessed: | 8/16/2019 2:36:54 AM(UTC-5) | | |
| | MD5: | 847b51e32d2d97367e6a670e59a 4ed81 | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-5604563043914888663.0 : 0x0 (Size: 90682 bytes) | | |
| 38 | Name: | -5666819822321338045.0 | Size (bytes): | 102749 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-5666819822321338045.0 | Created: | 5/22/2019 6:16:16 PM(UTC-5) | | |
| | | | Modified: | 5/22/2019 6:16:16 PM(UTC-5) | | |
| | | | Accessed: | 5/22/2019 6:16:16 PM(UTC-5) | | |
| | MD5: | a29602274ce073011729cbdf960 673da | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-5666819822321338045.0 : 0x0 (Size: 102749 bytes) | | |
| 39 | Name: | 582268013466223915.0 | Size (bytes): | 83792 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/582268013466223915.0 | Created: | 4/10/2019 5:26:57 PM(UTC-5) | | |
| | | | Modified: | 4/10/2019 5:26:57 PM(UTC-5) | | |
| | | | Accessed: | 4/10/2019 5:26:57 PM(UTC-5) | | |
| | MD5: | 09de91c24f3f28f095d22da45291 3449 | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/582268013466223915.0 : 0x0 (Size: 83792 bytes) | | |
| 40 | Name: | -586525386351413850.0 | Size (bytes): | 107025 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-586525386351413850.0 | Created: | 5/22/2019 6:16:16 PM(UTC-5) | | |
| | | | Modified: | 5/22/2019 6:16:16 PM(UTC-5) | | |
| | | | Accessed: | 5/22/2019 6:16:16 PM(UTC-5) | | |
| | MD5: | 9fc49b642a8733d68a8b48ddba7 16f0b | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-586525386351413850.0 : 0x0 (Size: 107025 bytes) | | |
| 41 | Name: | 6196576353060200991.0 | Size (bytes): | 82988 |  | |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/6196576353060200991.0 | Created: | 8/16/2019 2:37:53 AM(UTC-5) | | |
| | | | Modified: | 8/16/2019 2:37:53 AM(UTC-5) | | |
| | | | Accessed: | 8/16/2019 2:37:53 AM(UTC-5) | | |
| | MD5: | 4eae8e291191b47f60a3c3dff1ee ebaf | Source Extraction | Physical (2) | | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/6196576353060200991.0 : 0x0 (Size: 82988 bytes) | | |

| 42 | Name: | ...rc...766...0 | Size (bytes): | ...81... |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-6299525682457660444.0 | Created: | 7/15/2019 5:34:42 PM(UTC-5) | |
| | | | Modified: | 7/15/2019 5:34:42 PM(UTC-5) | |
| | | | Accessed: | 7/15/2019 5:34:42 PM(UTC-5) | |
| | MD5: | 88766201fb7b8eb86e206cab848 2709d | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-6299525682457660444.0 : 0x0 (Size: 26814 bytes) | |

| 43 | Name: | -6434362887877994571.0 | Size (bytes): | 40226 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-6434362887877994571.0 | Created: | 8/16/2019 2:37:30 AM(UTC-5) | |
| | | | Modified: | 8/16/2019 2:37:30 AM(UTC-5) | |
| | | | Accessed: | 8/16/2019 2:37:30 AM(UTC-5) | |
| | MD5: | 78b3e96c851e19a9eb7078e1cbb 5c547 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-6434362887877994571.0 : 0x0 (Size: 40226 bytes) | |

| 44 | Name: | 7139495224793831796.0 | Size (bytes): | 33092 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/7139495224793831796.0 | Created: | 8/16/2019 3:24:16 PM(UTC-5) | |
| | | | Modified: | 8/16/2019 3:24:16 PM(UTC-5) | |
| | | | Accessed: | 8/16/2019 3:24:16 PM(UTC-5) | |
| | MD5: | 0d28ddbd83c57971aec5fc3b0b0 42ae2 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/7139495224793831796.0 : 0x0 (Size: 33092 bytes) | |

| 45 | Name: | -7377954212869787500.0 | Size (bytes): | 83222 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-7377954212869787500.0 | Created: | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | Modified: | 5/22/2019 6:16:17 PM(UTC-5) | |
| | | | Accessed: | 5/22/2019 6:16:17 PM(UTC-5) | |
| | MD5: | 446ceb414734d9a692b435cddc2 2f09c | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-7377954212869787500.0 : 0x0 (Size: 83222 bytes) | |

| 46 | Name: | -8153272362148083147.0 | Size (bytes): | 123249 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-8153272362148083147.0 | Created: | 7/4/2019 12:25:44 PM(UTC-5) | |
| | | | Modified: | 7/4/2019 12:25:44 PM(UTC-5) | |
| | | | Accessed: | 7/4/2019 12:25:44 PM(UTC-5) | |
| | MD5: | 32fab41b39313534906be977bfd0 adfb | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-8153272362148083147.0 : 0x0 (Size: 123249 bytes) | |

| 47 | Name: | -8204465093515687007.0 | Size (bytes): | 26639 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-8204465093515687007.0 | Created: | 4/10/2019 5:24:26 PM(UTC-5) | |
| | | | Modified: | 4/10/2019 5:24:26 PM(UTC-5) | |
| | | | Accessed: | 4/10/2019 5:24:26 PM(UTC-5) | |
| | MD5: | 8f0ea09e5c655bb436a192e4086 bd8ee | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-8204465093515687007.0 : 0x0 (Size: 26639 bytes) | |

| 48 | Name: | 833633794635853891.0 | Size (bytes): | 61922 |  |
| | Path: | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/833633794635853891.0 | Created: | 8/16/2019 2:37:45 AM(UTC-5) | |
| | | | Modified: | 8/16/2019 2:37:45 AM(UTC-5) | |
| | | | Accessed: | 8/16/2019 2:37:45 AM(UTC-5) | |
| | MD5: | dbe6c4981d5e1f291ea50a23908 24156 | Source Extraction | Physical (2) | |
| | | | Source file | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/833633794635853891.0 : 0x0 (Size: 61922 bytes) | |

| 49 | **Name:** | ▬▬▬▬▬▬▬▬▬2525322.0 | **Size (bytes):** | ▬▬▬585 |  | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/91388685592525322.0 | **Created:** | 4/10/2019 5:26:57 PM(UTC-5) | | | |
| | | | **Modified:** | 4/10/2019 5:26:57 PM(UTC-5) | | | |
| | | | **Accessed:** | 4/10/2019 5:26:57 PM(UTC-5) | | | |
| | **MD5:** | 15496a2ff059d30290276be3a83f d767 | **Source Extraction** | Physical (2) | | | |
| | | | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/91388685592525322.0 : 0x0 (Size: 103585 bytes) | | | |
| 50 | **Name:** | -9199113164244133010.0 | **Size (bytes):** | 100599 |  | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-9199113164244133010.0 | **Created:** | 8/16/2019 2:38:11 AM(UTC-5) | | | |
| | | | **Modified:** | 8/16/2019 2:38:11 AM(UTC-5) | | | |
| | | | **Accessed:** | 8/16/2019 2:38:11 AM(UTC-5) | | | |
| | **MD5:** | 8f80ba8f83bd2eb259915aa83c6c 7b0c | **Source Extraction** | Physical (2) | | | |
| | | | **Source file** | userdata (ExtX)/Root/media/0/Android/data /com.sec.android.gallery3d/cache /0/-9199113164244133010.0 : 0x0 (Size: 100599 bytes) | | | |

8