# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| vs. | **8:20CV31** |
| **$50,596.05 UNITED STATES CURRENCY,** | **ORDER TO STRIKE** |
| **Defendant.** | |

This matter comes on before the Court upon the United States' Motion to Strike (Filing No. 25 and Filing No. 26). The Court finds said Motion should be sustained.

IT IS ORDERED:

The United States' Motion to Strike (Filing No. 25 and Filing No. 26) is granted.

BY THE COURT:

_____
**Michael D. Nelson**
**United States Magistrate Judge**