# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$50,596.05 UNITED STATES CURRENCY,<br><br>        Defendant. | 8:20CV31<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter is before the Court on the Motion to Dismiss without prejudice, ECF No. 30, filed by the United States of America.

IT IS ORDERED:

1. The Government's Motion to Dismiss, ECF No. 30, is granted;

2. This action is dismissed, without prejudice; and

3. Counsel for Claimant is directed to provide to the Office of the United States Attorney for the District of Nebraska electronic transfer information for the transfer of funds to the trust account of the Claimant's attorney, Anthony Cappozi, and to file a Receipt of Funds after receipt of the $50,596.05 *via* electronic transfer.

Dated this 12th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge